(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED
Nov 26 2025
Clerk, U.S. District Court
Western District of Texas

BY: _FM_
**Deputy**

**UNITED STATES OF AMERICA** §
§ CASE NUMBER: EP:25-M -06466(1)  MAT
vs. §
§
**(1) JUAN MANUEL SANCHEZ-CARMONA** §

Defendant.

## JUDGMENT IN A CRIMINAL CASE
Short Form

The defendant, Juan Manuel SANCHEZ-Carmona, was represented by counsel, Veronica Teresa Lerma.

The defendant pled guilty to the Misdemeanor Information on November 26, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | Improper Entry by an Alien | 11/19/2025 |
| 50 USC 797 | Prohibits Willful Violation of Defense Property Security Regulation | 11/19/2025 |
| 18 USC 1382 | Entry of Military Property for Any Purpose Prohibited by Law | 11/19/2025 |

As pronounced on November 26, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served. All counts to run concurrent.** The defendant shall remain in custody pending service of sentence.

The special assessments imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect these assessments are not likely to be effective.

Signed on this the 26th day of November, 2025.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE